IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

UNITED STATES OF AMERICA                                    PLAINTIFF

vs.                                    CIVIL ACTION NO. 3:08CV783TSL-JCS

ALMA KERSH                                                  DEFENDANT

## CONSENT JUDGMENT

The plaintiff and defendant, as shown by their signatures below, having agreed to this Consent Judgment for the disposition of claims asserted by the plaintiff herein;

IT IS HEREBY ORDERED AND ADJUDGED that the United States of America have and recover of and from the defendant, Alma Kersh, the sum of $9,352.73 ($6,465.19 principal, plus $2,887.54 interest as of November 13, 2008), plus interest on the principal sum of $6,465.19 from and after November 13, 2008, at the rate of 7.50% per annum to date of judgment, and all costs in this behalf expended, and filing fee costs in the amount of $350.00 in favor of the plaintiff, pursuant to 28 U.S.C. § 2412(a)(2). Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full.

ORDERED AND ADJUDGED this  30th    day of   January,  2009.


　　　　　　　　　　　　　　　　　　　　/s/Tom S. Lee
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

APPROVED:

/s/Pshon Barrett
PSHON BARRETT
Assistant U. S. Attorney


/s/Alma Kersh
ALMA KERSH
Defendant